Bruce Cox, Respondent, v. Duluth Steamship Company, Appellant and Third-Party Plaintiff-Appellant. Allied Chemical & Dye Corporation, Third-Party Defendant-Respondent.— Present — McCurn, P. J., Vaughan, Kimball, Piper and Van Duser, JJ.

Wedtke Realty Corporation, Respondent, v. Michael Karanas, Appellant. — Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.

The People of the State of New York, Respondent, v. Harold Latshaw and Lawrence Muscoreil, Appellants, et al., Defendants.— Present — Vaughan, J. P., Kimball, Piper, Wheeler and Van Duser, JJ.

Bertha A. Christoffers, Appellant, v. Rockwell Company, Inc., Respondent. Edward W. Christoffers, Appellant, v. Rockwell Company, Inc., Respondent.— Present — Vaughan, J. P., Kimball, Piper, Wheeler and Van Duser, JJ.

Helen B. Whitney, as Administratrix of the Estate of George M. Whitney, Jr., Deceased, Appellant, v. James P. Tumpane, Respondent.— Present — Vaughan, J. P., Kimball, Piper, Wheeler and Van Duser, JJ.

In the Matter of Morris Berman, Appellant, against Donald H. Mead, as Mayor of the City of Syracuse, et al., Respondents.—